STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Michael Scott Harper
Attorney at Law
P. O. Drawer 51288
Lafayette LA 70505

Thomas Reginald Hightower, Jr.
Attorney at Law
P. O. Drawer 51288
Lafayette LA 70505


REHEARING ACTION: December 7, 2011


Docket Number: 11   00956-CW

EMILE DAVID LABORDE, II, ET AL.
VERSUS
SHELTER MUTUAL INSURANCE CO., ET AL

Writ Application from Lafayette Parish Case No. 20072066


BEFORE JUDGES:

   Hon. Sylvia R. Cooks
   Hon. Oswald A. Decuir
   Hon. Jimmie C. Peters
   Hon. Billy Howard Ezell
   Hon. J. David Painter


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Shelter Mutual Insurance Co., et al** has this day been

   **DENIED.**
   Decuir, J., would grant rehearing.


cc: Blake R. David, Counsel for the Applicant